```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                         FORT MYERS DIVISION
```

TONY LUCIBELLO,

                        Plaintiff,

vs.                             Case No. 2:05-cv-284-FtM-33SPC

METRO MEDICAL PLAZA ASSOCIATES, LTD.,

                        Defendant.
_____/

**ORDER**

      This matter comes before the Court pursuant to the Amended Report and Recommendation of Sheri Polster Chappell, United States Magistrate Judge (Doc. # 37), entered on June 27, 2006, recommending that Plaintiff Tony Lucibello's Motion for Attorney's Fees and Costs (Doc. # 30) be granted in part.  Defendant Metro Medical Plaza Associates LTD. filed an Objection to the Amended Report and Recommendation (Doc. # 38) on June 29, 2006.  Plaintiff filed a Memorandum in Opposition to Defendant's Objection on June 30, 2006 (Doc. # 39).

      After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). A district judge "shall make a de novo determination of those portions of the report or

specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This requires that the district judge "give fresh consideration to those issues to which specific objection has been made by a party." Jeffrey S. by Ernest S. v. State Bd. of Educ. of Ga., 896 F.2d 507, 512 (11th Cir. 1990)(quoting H.R. 1609, 94th Cong., § 2 (1976)).

For those issues that have not been specifically objected to, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving de novo review to matters of law and those matters to which objections were filed, the Court **Accepts** the factual findings and legal conclusions of the magistrate judge. The Court therefore **Accepts** and **Adopts** the Amended Report and Recommendation of United States Magistrate Judge Sheri Polster Chappell (Doc. # 37).

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) United States Magistrate Judge Sheri Polster Chappell's

Amended Report and Recommendation (Doc. # 37) is **ACCEPTED and ADOPTED** and Defendant's Objection to the Report and Recommendation (Doc. # 39) is **OVERRULED.**

(2) Plaintiff Tony Lucibello's Motion for Attorney's Fees and Costs (Doc. # 30) is **GRANTED IN PART** as follows: Plaintiff is awarded $3,395.00 in attorney's fees and $1,921.87 in costs and expenses for a total of $5,316.87, payable to Stephen Nitz, Esq.

**DONE** and **ORDERED** in Fort Myers, Florida, this 19th day of July, 2006.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:

All Counsel of Record